UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6504

SAMUEL E. GUNNING, JR.,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF PRISONS,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-96-912-5)

Submitted:  April 15, 1999                Decided:  April 21, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel E. Gunning, Jr., Appellant Pro Se.  Rebecca A. Betts, United States Attorney, Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel E. Gunning appeals the district court's order adopting the report and recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Gunning v. United States Dep't of Justice, No. CA-96-912-5 (S.D.W. Va. Mar. 18, 1997).  We deny Gunning's motions for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2